No. 875. MANN v. UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied.

*Messrs. Robert Ash* and *Thomas J. Reilly* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.